# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

147607

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LORRIE J. ZAHODNIC and LORRIE J.
ZAHODNIC, P.C.,
      Plaintiffs-Appellants,

v

KAREN STEPHENS,
      Defendant-Appellee.

SC: 147607
COA: 312785
Macomb CC: 2010-003135-CZ

_____/

      On order of the Court, the application for leave to appeal the July 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk

t1113